```
ALEXANDER B. CVITAN (SBN 81746), and
MARSHA M. HAMASAKI (SBN 102720), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California  90010-2421         E-FILED: 4/23/08
Telephone: (213) 386-3860                   JS-6
Facsimile: (213) 386-5583
E-Mails: ac@rac-law.com; marshah@rac-law.com

Attorneys for Construction Laborers Trust Funds for
Southern California Administrative Company, LLC
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>D & G ASSOCIATES, INC., a California corporation; D & G DEVELOP INC., a California corporation also known as and doing business as D & G DEVELOPMENT, INC.; SOONG SOO LEE, an individual; and JAYSEN JOO HONG LEE, an individual,<br><br>Defendants. | CASE NUMBER:<br><br>CV-07-08396 GHK (AJWx)<br><br>[~~PROPOSED~~]<br>ORDER RE DISMISSAL OF ENTIRE ACTION |

Pursuant to the Stipulation re Dismissal of the Entire Action entered between Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company, and the Defendants, D & G ASSOCIATES, INC., a California corporation; D & G DEVELOP INC., a California corporation also known as and doing business as D & G DEVELOPMENT, INC.; SOONG SOO LEE, an individual; and JAYSEN JOO HONG LEE,

-1-

1  an individual, and good cause appearing therefore,
2      IT IS HEREBY ORDERED that this action is dismissed with
3  prejudice in its entirety with each party to bear its own costs
4  and attorneys fees.
5
6  DATED: 4/23/08
7                                    _____
                                     GEORGE H. KING, Judge of
                                     the United States District Court
8                                    Central District of California
9
10 Submitted by,
11 ALEXANDER B. CVITAN, and
   MARSHA M. HAMASAKI, Members of
12 REICH, ADELL & CVITAN
   A Professional Law Corporation
13
14
15  By:_____/s/_____
           MARSHA M. HAMASAKI,
16       Attorneys for Plaintiff